UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14092-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**LOREN HILL**
**#74731-004**,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [131] issued February 6, 2009 on Superseding Petition for Violations of Supervised Release. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation is hereby **ADOPTED.**

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of February, 2009.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record